Jesus **LEMUS–EVERADO,** a.k.a. **Everado De Jesus Lemus,** Petitioner,

v.

Eric H. **HOLDER, Jr.,** Attorney General, Respondent.

No. 07–74119.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 9, 2013.

Filed Oct. 22, 2013.

Kari Elisabeth Hong, Law Offices of Kari E. Hong, Redlands, CA, for Petitioner.

Janette L. Allen, Esquire, Trial, Oil, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office

of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PAEZ and HURWITZ, Circuit Judges, and ERICKSON, Chief District Judge.*

MEMORANDUM **

Jesus Lemus–Everado petitions for review of a final order of removal issued by the Board of Immigration Appeals (BIA), affirming the denial by an immigration judge (IJ) of Lemus's application for deferral of removal under the Convention Against Torture (CAT). We have jurisdiction to review the BIA's decision pursuant to 8 U.S.C. § 1252.

The BIA's decision that Lemus had not established that it is more likely than not that he will be tortured if removed to Guatemala was supported by substantial evidence. Both the BIA and the IJ carefully considered the evidence presented by Lemus, including the testimony of an expert witness, and found it unpersuasive. The BIA thus properly determined that Lemus had not made the showing necessary to obtain CAT relief.

**DENIED.**

* The Honorable Ralph R. Erickson, Chief District Judge for the U.S. District Court for the District of North Dakota, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.